# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Netzel, et al., | No. CV-22-01423-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| American Express Company, et al., | |
| Defendants. | |

Before the Court is the Parties Stipulation for an Extension of Time to Answer. (Doc. 13). Having considered the Stipulation,

**IT IS HEREBY ORDERED** that the time for Defendant American Express Company to answer, move, or otherwise respond to the Amended Complaint is extended to and including **December 1, 2022**, and the time for Plaintiff to respond to any motion or petition filed by Defendant in response to the Amended Complaint shall be on or before **December 15, 2022**.

Dated this 3rd day of November, 2022.

Honorable Susan M. Brnovich
United States District Judge