John E. Kiley (*pro hac vice*)
Adam Pekor (*pro hac vice*)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
jkiley@sheppardmullin.com
apekor@sheppardmullin.com

J. Gary Linder
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 235-7106
Facsimile: (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Netzel; Travis Smith; Eric Langkamp; and Nancy Larson, individually, and on behalf of others similar situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Express Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-22-01423-PHX-SMB<br><br>**DEFENDANT'S AFFIDAVIT OF SERVICE** |

I hereby certify that on this 12th day of December, 2022, I caused the foregoing documents to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system:

-1-

11236344.1

1. Defendant's Motion to Compel Arbitration and Dismiss the Second Amended Complaint;
2. Declaration of Jeanne Stout in Support of Motion to Compel;
3. Declaration of John E. Kiley in Support of Motion to Compel Arbitration; and
4. Proposed Order re Motion to Compel Arbitration.

Dated this 12th day of December, 2022.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ J. Gary Linder
John E. Kiley (*pro hac vice*)
Adam Pekor (*pro hac vice*)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: jkiley@sheppardmullin.com
　　　apekor@sheppardmullin.com

J. Gary Linder
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 235-7106
Facsimile: (602) 200-7883
Email: glinder@jshfirm.com

*Attorneys for Defendant*

11236344.1