IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

*Brian Netzel, et al. v. American Express Company*
*Case No. CV-22-01423-PHX-SMB*

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | Declaration of Brian Netzel |
| B | Declaration of Travis Smith |
| C | Declaration of Eric Langkamp |
| D | Declaration of Nancy Larson |
| E | Declaration of Mark Floyd |
| F | Declaration of David Pivtorak |