# EXHIBIT C

David Pivtorak (*pro hac vice*)
**THE PIVTORAK LAW FIRM**
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130
Facsimile: (877) 748-4529
Email: david@piv4law.com

Aaron T. Martin (AZ Bar No. 028358)
**MARTIN LAW AND MEDIATION PLLC**
2415 East Camelback, Suite 700
Phoenix, AZ 85016
Telephone: (602) 812-2680
Facsimile: (602) 508-6099
Email: aaron@martinlawandmediation.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Netzel; Travis Smith; Eric Langkamp; and Nancy Larson, individually, and on behalf of others similarly situated;<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>American Express Company; and DOES 1 through 10, inclusive;<br><br>　　　　　　Defendants. | CASE NO.  CV-22-01423-PHX-SMB<br><br>**DECLARATION OF ERIC LANGKAMP IN SUPPORT OF RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

I, ERIC LANGKAMP, declare as follows:

1. I have personal knowledge of the matters stated herein and, if called to testify, I could and would competently testify thereto.

2. I make this declaration in support of Plaintiffs' Response to Defendant's Motion to Compel Arbitration.

3. I started working for Defendant, American Express ("AmEx") in 2017.

4. Before starting my employment with AmEx, I do not remember receiving an offer letter. I was not aware of any requirement to sign an arbitration agreement before starting my employment.

5. During the onboarding process, I was instructed by my superior to sign many documents electronically. These documents were sent to me in the middle of my first day when I was in the middle of trainings. I was rushed through signing the document with dozens of pages and was told to just click through all of them because we had to sign all the documents before we could receive sales commissions.

6. The arbitration agreement I apparently signed must have been included among the many documents I was required to sign. I never received any explanation from the Human Resources or Legal Department about the arbitration agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 03 / 28 / 2023 .

*Eric Langkamp*
ERIC LANGKAMP

---

DECLARATION OF ERIC LANGKAMP
-1-